IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UPH HOLDINGS, INC.; PAC-WEST
TELECOMM, INC.; TEX-LINK
COMMUNICATIONS, INC.; UNIPOINT
HOLDINGS, INC.; UNIPOINT ENHANCED
SERVICES, INC; UNIPOINT SERVICES, INC.;
NWIRE, LLC; AND PEERING PARTNERS
COMMUNICATIONS, LLC,
          Plaintiffs,

-vs-                                  Case No. A-13-CA-847-SS

LEAP WIRELESS INTERNATIONAL, INC.,
d/b/a Leap Wireless INTL, Inc. d/b/a Cricket
Comm., Inc.,
          Defendant.

## ORDER

BE IT REMEMBERED on this day the Court entered an order denying the motion to withdraw the reference in the above-styled cause, and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Defendant's motion to withdraw the reference is DENIED, and this case shall proceed in the Bankruptcy Court, consistent with this Court's order.

SIGNED this the 10th day of December 2013.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

847 ood.frm